UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARNIKA ARMSTEAD,

          Plaintiff,

   v.

WASHINGTON CORRECTIONS CENTER FOR WOMEN, et al.,

          Defendants.

Case No. C18-5475-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. 34], recommending that the Court grant defendants' Motion for Summary Judgment [Dkt. 18]:

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Defendants' motion for summary judgment [Dkt. 18] is GRANTED; and

(3) Plaintiff's claims against defendant Washington Corrections Center for Women (WCCW) and her claims regarding alleged PREA violations are DISMISSED WITH PREJUDICE. Plaintiff's claim regarding inadequate mental health care against the named defendants are dismissed WITH PREJUDICE pursuant to 28 U.S.C. § 1915A for failure to state a claim. Plaintiff's remaining federal claims against the remaining defendants, Ebel, Zurawski, and Wofford, are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies. The Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claim for violation of the

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Washington State Public Records Act (RCW 42.56) and dismisses that claim WITHOUT PREJUDICE.

(4) Plaintiff may continue *in forma pauperis* on appeal.

IT IS SO ORDERED.

Dated this 6th day of January, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2